UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAWNE DORSEY<br><br>Defendant. | Case No. |

## INFORMATION

### COUNT ONE

Between on or about February 23, 2016, and continuing through on or about August 20, 2018, within the District of Columbia and elsewhere, defendant, DAWNE DORSEY, a public official, did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being induced to do an act and omit to do an act in violation of her official duty; that is, she accepted money from Brian Bailey and Person A in return for providing Bailey and Person A with un-redacted Tenant Opportunity to Purchase Act offer of sale notices in violation of her official duty to keep such information confidential.

**(Bribery, in violation of Title 18, United States Code, Section 201(b)(2)(C).)**

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
MICHAEL J. MARANDO
Assistant United States Attorney
United States Attorney's Office for the
   District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001